

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2014

No. 04-14-00293-CR

**IN RE** Rosendo **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                    Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice

On April 28, 2014, relator Rosendo Martinez filed a pro se petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than May 30, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 9th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1983-CR-0599B-W1, styled *The State of Texas v. Rosendo Martinez*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen Jr. presiding.